IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00224-CR

 

Kenneth Andrew Riley,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 87th District
Court

Freestone County, Texas

Trial Court No. 07-040-CR

 



MEMORANDUM  Opinion



 

Kenneth Andrew Riley appeals from a plea-bargained
judgment of conviction for the manufacture of methamphetamine.  The Clerk of
this Court warned Riley that because the trial court noted on the certification
of defendant’s right of appeal that the case was a plea bargain and that he had
no right of appeal, the Court might dismiss the appeal unless, within 21 days, we
received a certification stating that Riley has a right to appeal or a response
was filed showing grounds for continuing the appeal.  See Tex. R. App. P. 25.2(d); Chavez v.
State, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Riley has not responded to the Clerk’s
warning, and we have not received a certification stating that Riley has a
right to appeal.  This appeal is dismissed.  See Chavez, 183
S.W.3d at 680; Davis v. State, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).

 

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Dismissed

Opinion
delivered and filed March 4, 2009

Do
not publish

[CR25]